UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD FINKELSTEIN,<br><br>            Plaintiffs,<br>    vs.<br>PORTFOLIO RECOVERY ASSOCIATES,<br><br>            Defendant.<br>_____/ | CASE NO. CV F 09-1738 LJO GSA<br><br>**ORDER AFTER SETTLEMENT**<br>(Doc. 6.) |

Plaintiff's counsel has filed a notice of settlement and request to vacate dates. Pursuant to this Court's Local Rule 16-160, this Court ORDERS plaintiff, **no later than December 31, 2009,** to file appropriate papers to dismiss or conclude this action in its entirety, or to show cause why this action should not be closed.

This Court VACATES all pending dates and matters, including the January 21, 2010 scheduling conference.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rule 16-160 and Local Rule 16-272.

IT IS SO ORDERED.

**Dated:   November 19, 2009**            /s/ Lawrence J. O'Neill
                                                              UNITED STATES DISTRICT JUDGE