# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD FINKELSTEIN, | CASE NO. CV F 09-1738 LJO GSA |
| Plaintiff, | **ORDER TO DISMISS AND TO CLOSE ACTION** |
| vs. | (Doc. 8.) |
| PORTFOLIO RECOVERY ASSOCIATES, | |
| Defendant. | |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

1. DISMISSES this action with prejudice;

2. VACATES all pending matters, including the January 21, 2010 scheduling conference; and

3. DIRECTS the clerk to close this action.


IT IS SO ORDERED.

**Dated:   December 11, 2009**             /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE

1